UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIANA CAVAZOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-09-361 |
| | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

On November 9, 2010, United States Magistrate Judge Brian L. Owsley signed a

Memorandum and Recommendation recommending as follows:

1) that the defendant's motion for summary judgment (D.E. 13) be granted in part and

denied in part;

2) that the plaintiff's motion for summary judgment (D.E. 14) be granted in part and

denied in part; and

3) this action be remanded for further proceedings.

Seeing no objection to this recommendation by either party and having now reviewed the

recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as

the decision of the Court.  Accordingly, it is

ORDERED that defendant's motion for summary judgment is granted in part and denied

in part; plaintiff's motion for summary judgment is granted in part and denied in part; and this

action is remanded for further proceedings consistent with the memorandum and

recommendation.

SIGNED and ORDERED this 29th day of November, 2010.

Janis Graham Jack
United States District Judge