UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DIANA CAVAZOS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-09-361 |
| § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON
PLAINTIFF'S MOTION FOR ATTORNEY FEES**

On March 1, 2011, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court find that 39.50 billable hours expended on this case by plaintiff's counsel were reasonable and necessary, and that the plaintiff is entitled to reimbursement of costs and expenses; and further that plaintiff's motion for attorney fees (D.E. 20) be granted and plaintiff be awarded $6,715.00. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's motion for attorney fees is granted and $6,715.00 in attorney fees is awarded to plaintiff.

SIGNED and ORDERED this 16th day of March, 2011.

_____
Janis Graham Jack
United States District Judge